INTERSTATE ICE AND POWER CORPORATION v. UNITED STATES FIRE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

YETTA FORMAN v. J. WEIL HOLDING COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNA RUBENSTEIN v. ADELA FUCHS, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

AMY ONGLEY, as Administratrix, etc., v. MAX MARCIN and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J.; Dowling, Finch, McAvoy and Martin, JJ.

WILLIAM FANDEL v. LANIGAN BROS., INC.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GEORGE W. MCCALLUM v. JAMES C. BRONSON.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES FLORIO, an Infant, etc., v. HUGH J. SHEERAN, as Receiver, etc.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LILLIAN PARKER v. ISAAC KRIVITZIN.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

KARL STEINDLER v. VICTORIA STEINDLER.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

OSCAR L. FOLEY v. BARNARD KARP.— Motion denied. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNE D. BUTLER v. INTERBOROUGH RAPID TRANSIT COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THOMAS CONLON v. INDUSTRIAL ENGINEERING Co., INC.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES FAULKNER v. 42ND STREET, MANHATTANVILLE AND ST. NICHOLAS AVENUE RAILWAY COMPANY.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

LEROY SILK MILLS, INC., v. MAJESTIC SHIRT Co., INC.— Motion granted on condition that appeal be promptly prosecuted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

PHILIP S. GOLDRICH v. MAURICE CAMPAGNOLIA.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

HARRY HORN v. LEO SCHWORTZREICH.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JOHN MCG. GOODALE and Others v. THOMAS CHAMBERS REID, as Executor, etc., Impleaded, etc.— Motion denied, with ten dollars costs, with leave to said defendant to serve his answer within ten days from service of order, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

MICHAEL KOWALSKI v. AARON TANKLEFSKY and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

EMMA R. GREGORY v. GEORGE N. GREGORY.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.